UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KETYA BAXTER,

Plaintiff,

-against-

HF MANAGEMENT SERVICES, LLC,
a/k/a HEALTHFIRST and JOHN STAVLAS

Defendant.
-------------------------------------------------------------x

Case No.: 24-cv-05762-JPC

**AFFIDAVIT SUPPORTING
ADMISSION *PRO HAC VICE***

I, Cheri A. Chestnut, having been duly sworn, state the following:

1. I am in good standing of the bar of the State of Louisiana.

2. There are no pending disciplinary proceedings against me in any state or federal

court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission

by any court.

Dated: New York, New York
April 14, 2025

Cheri A. Chestnut, Esq.
GODDARD LAW PLLC
39 Broadway, Suite 1540
New York, New York 10006
Tel: (646) 964-1178
Fax: (212) 208-2914
Cheri@goddardlawnyc.com

On the 14 day of April in the year of 2025 before me, the undersigned personally appeared Cheri A. Chestnut, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledge to me that he executed the same in her capacity and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public
Dated:

April 14, 2025

1