UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KETYA BAXTER,

          Plaintiff,

-v-

HF MANAGEMENT SERVICES, LLC a/k/a Healthfirst, et al.,

          Defendants.

CIVIL ACTION NO. 24 Civ. 5762 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Settlement Conference scheduled for **August 27, 2025, at 2:00 p.m. ET** shall take place **in person**, in Courtroom 18A, 500 Pearl Street, New York NY 10007. (ECF No. 43). All deadlines set forth in the Settlement Conference Scheduling Order at ECF No. 43 remain in effect.

The Clerk of Court is respectfully directed to update the location of the August 27, 2025 settlement conference to Courtroom 18A, 500 Pearl Street, New York NY 10007.

Dated:     New York, New York
            August 18, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**