```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
KETYA BAXTER,                                       :
                                                    :
                            Plaintiff,              :      24 Civ. 5762 (JPC)
                                                    :
            -v-                                     :             ORDER
                                                    :
HF MANAGEMENT SERVICES, LLC and JOHN                :
STAVLAS,                                            :
                                                    :
                            Defendant.              :
                                                    :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court held a status conference on September 3, 2025, in which Defendants consented to the Court's dismissal of their pending motion to dismiss without prejudice, Dkts. 17, 18, 31, and stated their intent to move for summary judgment. Accordingly, the Court dismisses Defendants' motion to dismiss without prejudice.

Defendants' papers for a motion for summary judgment are due by October 21, 2025. Plaintiff's opposition papers are due by November 20, 2025. Defendants' reply papers, if any, are due December 11, 2025. Parties' moving and opposition briefs may be no longer than 30 pages, and Defendants' reply may be no longer than 15 pages.

In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given

2

by opposing counsel for refusing to consent.

    The Clerk of the Court is respectfully directed to close Docket Numbers 17 and 31.

    SO ORDERED.

Dated: September 3, 2025
      New York, New York

                                        JOHN P. CRONAN
                                United States District Judge