**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

KETYA BAXTER,

Plaintiff,

24 **CIVIL** 5762 (JPC)

-against-

**JUDGMENT**

HF MANAGEMENT SERVICES, LLC a/k/a Healthfirst and JOHN STAVLAS,

Defendants.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 18, 2026, Defendants' motion for summary judgment is GRANTED in its entirety. Accordingly, judgment is entered for Defendants and the case is closed.

**Dated:** New York, New York

August 18, 2026

**TAMMI M. HELLWIG**

______________________________

**Clerk of Court**

**BY:**

______________________________

**Deputy Clerk**